# SUPREME COURT OF IOWA

| | | | |
|---|---|---|---|
| State v. Iowa District Court for Scott County | 15–2150 | 01/20/2017 | Writ Annulled |
| State v. Iowa District Court for Scott County | 15–2151 | 01/20/2017 | Writ Annulled |
| State v. Breeden | 14–1789 | 02/17/2017 | Decision of Court of Appeals and Judgment and Sentence of District Court Affirmed |